387 A.2d 927

Yockey, Appellant, v. Equitable Life Insurance Company.

Argued November 17, 1977. Irwin B. Wedner, with him Goldberg & Wedner, for appellant; No appearance entered nor brief submitted for appellee.

Judgment affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.